IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEX T. MCKAY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CASE NO. CV410-026

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 5). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** the same as its Opinion.[1] Accordingly, the 28 U.S.C. § 2241 Petition is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 28th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that the previous Petition can be found at McKay v. United States, No. CV409-080 (S.D. Ga. Sept. 30, 2009). The Magistrate Judge made a typographical error in his opinion when referring to the case as CV409-180, which the Court now corrects.